

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

86 Chambers Street, 3rd Floor
New York, New York 10007

February 8, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

**By Facsimile**

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

    Re:    <u>Alvarado v. Earp</u>, 07 Civ. 3819 (VM)

Dear Judge Marrero:

    I write respectfully on behalf of defendant Naomi Churchill Earp, Chair of the United States Equal Employment Opportunity Commission (the "Government"), to request an adjournment of the initial conference scheduled in the above referenced case from 10:15 a.m. on Friday, February 15, 2008 until later in the afternoon after 4:00 p.m. if possible. I make this request because I am defending a deposition of a doctor in a medical malpractice action on that day starting at 10:00 a.m., that had been difficult to schedule on an alternate date before the close of fact discovery. The parties are also available earlier in the week prior to February 15, 2008 for a conference if that would be more convenient for the Court.

    If the Court is unable to move the conference to later in the day on February 15, 2008 or earlier in the week, the next Friday that plaintiff is available is March 7, 2008. The Government is also available after 2 p.m. on March 7, 2008.

    Finally, the Government also respectfully requests permission to submit the joint letter required by the Court in advance of the initial conference on Tuesday, February 12, 2008. I make this request because of the press of business, including an opposition to a petition for habeas corpus that I am serving today.

Thank you for your consideration of these requests. I regret any inconvenience that this has caused the Court.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: *[signature]*
LAWRENCE H. FOGELMAN
Assistant United States Attorney
Tel. No.: (212) 637-2719
Fax No.: (212) 637-2730

cc: Joseph Alvarado (By Electronic Mail)
50 Battery Place #9F
New York, N.Y. 10280

Request GRANTED. The *initial* conference herein is rescheduled to 4:00 p.m. on 2-15-08. The parties' joint letter *[illegible]* be submitted by 2-13-08.

SO ORDERED.

2-11-08
DATE

VICTOR MARRERO, U.S.D.J.